IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-01840-WYD-CBS

ROBIN VERNON,
RORY PATRICK DURKIN, and
BRYAN SANDQUIST,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC.,
a Delaware corporation;
QWEST SERVICES CORPORATION,
a Colorado corporation;
QWEST CORPORATION,
a Colorado corporation;
QWEST COMMUNICATIONS CORPORATION,
a Delaware corporation; and
QWEST BROADBAND SERVICES, INC.,
a Delaware corporation;

    Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Unopposed Motion to Withdraw as Counsel (*doc. # 17*) is GRANTED. Attorneys Steven M. Sprenger and Deanna D. Dailey are withdrawn as counsel of record in the above captioned matter. The Clerk of Court is instructed to remove them from the court's electronic certificate of mailing.

    Counsel are reminded of their obligation to comply with this court's rules regarding electronic filing and registration, pursuant to D.C.COLOL.CivR 83.3A, D.C.COLOL.CIVR. 5.6A, and D.C. COLO. ECF. PROC. III.B.1.

    IT IS FURTHER ORDERED that Plaintiff's Stipulated Motion to File Second Amended Complaint and Motion to Compel Arbitration (*doc. # 13*) is GRANTED. Plaintiffs shall file their Second Amended Complaint on or before September 2, 1009. Defendants may have up to and including

September 15, 2009, to file a responsive pleading, including but not limited to, a motion to compel arbitration.

**DATED:**      August 20, 2009