IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 09-cv-01840-WYD-CBS**

ROBIN VERNON, *et al.*,

    Plaintiffs,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., *et al.*,

    Defendants.

---

ORDER GRANTING JOINT MOTION FOR EXTENSION AND STIPULATION
CONCERNING MOTION TO AMEND

---

This matter came before the Court on the parties' Joint Motion for Extension and Stipulation Concerning Motion to Amend.

The Court, having reviewed the Joint Motion for Extension and Stipulation Concerning Motion to Amend and being informed of the premises and for other good cause appearing, the Court hereby:

1. GRANTS the parties' Joint Motion for Extension and Stipulation Concerning Motion to Amend (*doc. # 48)*; and

2. GRANTS Plaintiffs' Motion to Amend Second Amended Class Action Complaint (Dkt. # 41), Plaintiffs shall file their Third Amended Class Action Complaint within 5 business days of this Order;

3. ORDERS that Defendants' Motion To Compel Arbitration (Dkt. # 26) shall be deemed to apply and relate to the Third Amended Class Action Complaint when such complaint is filed, Defendants shall not be required to refile their Motion to

Compel Arbitration (Dkt. # 26); and

4. ORDERS that Defendants shall not be required to file a responsive pleading or any additional Rule 12(b) motion related to the Third Amended Class Action Complaint until the Court has ruled on the pending Motion to Compel Arbitration (Dkt. # 26).  If the Motion to Compel Arbitration is denied, Defendants shall file a responsive pleading and/or any additional Rule 12(b) motion within 20 days of the Court's order.

DATED at Denver, Colorado, this 2nd day of November, 2009.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge