IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-01840-WYD-CBS

ROBIN VERNON;
RORY PATRICK DURKIN; and
BRYAN SANDQUIST, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., a Delaware corporation;
QWEST SERVICES CORPORATION, a Colorado corporation;
QWEST CORPORATION, a Colorado corporation;
QWEST COMMUNICATIONS CORPORATION, a Delaware corporation; and
QWEST BROADBAND SERVICES, INC., a Delaware corporation,

    Defendants.

## ORDER

THIS MATTER comes before the Court on Plaintiffs' Motion to Reassign Related Actions, for Partial Coordination, and to Stay Briefing of Defendants' Motion to Compel Arbitration filed January 14, 2010 [d/e 66]. The Court, having reviewed the Plaintiffs' Motion and the Defendants' Response thereto [d/e 68], concludes that the requested relief should be denied. Accordingly, it is

ORDERED that Plaintiffs' Motion to Reassign Related Actions, for Partial Coordination, and to Stay Briefing of Defendants' Motion to Compel Arbitration filed January 14, 2010 [d/e 66] is **DENIED**. The class action cases present different claims, facts and allegations and consolidating the two cases for discovery and briefing on the

motions to compel is not proper at this time.

Dated this 28th day of January 2010.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE