# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01840-WYD-CBS

ROBIN VERNON, *et al.*,

      Plaintiffs,

v.

QWEST COMMUNICATIONS
INTERNATIONAL INC., *et al*.,

      Defendants.

---

## ORDER GRANTING UNOPPOSED MOTION TO DEEM FILINGS IN COMPLIANCE WITH CONFERRAL REQUIREMENTS

---

THIS MATTER comes before the court on Defendants Qwest Communications

International, Inc.; Qwest Services Corp.; Qwest Corp.; Qwest Communications Company, LLC;

and Qwest Broadband Services, Inc. (collectively "Defendants" or "Qwest") Unopposed Motion

to Deem Filings In Compliance with Conferral Requirements (doc. #83).  The Court, having

reviewed the Motion, the file, and otherwise being fully advised, hereby

ORDERS that the Motion is granted, and deems Qwest's March 26 Filings in compliance

with the conferral requirements under Rule 7.1(A).

DATED this 7th day of April, 2010.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge