IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01840-WYD-CBS

ROBIN VERNON;
RORY PATRICK DURKIN; and
BRYAN SANDQUIST, on behalf of themselves and all others similarly situated,

     Plaintiffs,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., a Delaware corporation;
QWEST SERVICES CORPORATION, a Colorado corporation;
QWEST CORPORATION, a Colorado corporation;
QWEST COMMUNICATIONS CORPORATION, a Delaware corporation; and
QWEST BROADBAND SERVICES, INC., a Delaware corporation,

     Defendants.

## MINUTE ORDER

In light of my order staying this case [ECF No. 110], all currently pending motions are **denied without prejudice** and may be re-filed as necessary once the stay is lifted.

Dated:  February 3, 2011

                                       BY THE COURT:

                                       s/ Wiley Y. Daniel
                                       Wiley Y. Daniel
                                       Chief United States District Judge