FILED
United States Court of Appeals
Tenth Circuit

May 1, 2013

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

ROBIN VERNON; RORY PATRICK DURKIN; BRYAN SANDQUIST; TED MOORE, on behalf of themselves and all others similarly situated,

    Petitioners,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., a Delaware corporation; QWEST SERVICES CORPORATION, a Colorado corporation; QWEST CORPORATION, a Colorado corporation; QWEST COMMUNICATIONS CORPORATION, a Delaware corporation; QWEST BROADBAND SERVICES, INC., a Delaware corporation,

    Respondents.

No. 13-701
(D.C. No. 1:09-CV-01840-RBJ-CBS)

_____

**ORDER DENYING PERMISSION TO APPEAL**
_____

Before **KELLY**, **LUCERO**, and **TYMKOVICH**, Circuit Judges.
_____

    This matter is before the court on a 28 U.S. C. § 1292 (b) petition for permission to appeal from an order granting a motion to compel arbitration. Respondents have filed an answer in opposition to the petition.

Upon consideration of the petition, the answer in opposition, and the file as a whole, the petition for permission to appeal is denied.

>Entered for the Court
>ELISABETH A. SHUMAKER, Clerk
>
>by: Christine Van Coney
>    Counsel to the Clerk